### 209
### BRAMSON v. CLEVELAND STONE CO.
Ohio Court of Appeals, Cuyahoga County
No. 4177.   Feb. 5, 1923

This opinion has not been published except in Abstract

JURISDICTION—(1) Inclusion of interest in $2,500 limitation by statute—(2) Determined by amount claimed—(3) Conferred by consent of parties—(4) Want of can be taken advantage of when—(5) Authority of Appeals Court.

PER CURIAM:

Epitomized Opinion

Error to M. C. of Cleveland

The Stone Co. sued Bramson in the Municipal Court of Cleveland for $2,241, due on a written contract and the interest due on that sum amounting to $75. The question is raised of the jurisdiction of the Municipal Court, 1579-6-3 GC, providing that "action on contract when the amount claimed by the plaintiff does not exceed $2,500, judgment may be rendered for over $2,500 when the excess consists of interest on damages accrued after the commencement of the action."

Held by Court of Appeals in reversing judgment for the Stone Co.:

1. The $2,500 limitation on the jurisdiction of the Cleveland Municipal Court as provided in 1579-6-3 GC is exclusive of interest asked for on the principal sum demanded from some date prior to the commencement of the action.

2. The jurisdiction of a court pertaining to amounts over which it has jurisdiction is determined from the amount claimed in the petition.

3. Jurisdiction of the subject matter of an action cannot be conferred by consent of the parties.

4. Want of jurisdiction of subject matter can be taken advantage of at any stage of the case.

5. The amount claimed and the judgment in Municipal Court is beyond the jurisdiction of that court and it being proper for a reviewing court to reverse a judgment of a lower court for want of jurisdiction, such judgment is reversed.

**Attorneys**—S. A. Crossner, for Bramson; Schultz & Schultz, for The Stone Co.